| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2017 to 02/20/2018
**Chapter 13 Case No. 17-19462 / CMG**

David M. Ellis
43 Watson Place
Eatontown  NJ    07724

Petition Filed Date: 05/08/2017
341 Hearing Date: 06/29/2017
Confirmation Date: 12/20/2017

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/07/2017 | $147.00 | 24349375664 | 07/07/2017 | $147.00 | 24349380423 | 08/08/2017 | $371.00 | 24349384517 |
| 09/06/2017 | $371.00 | 24349386003 | 10/06/2017 | $371.00 | 24349389118 | 11/17/2017 | $371.00 | 24349390705 |
| 12/06/2017 | $371.00 | 24349387858 | 01/09/2018 | $371.00 | 24349392461 | 02/07/2018 | $371.00 | 24349397984 |

**Total Receipts for the Period: $2,891.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,891.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | David M. Ellis | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | EUGENE ROTH, ESQ<br>»»  AMD DISCL | Attorney Fees | $1,750.00 | $1,750.00 | $0.00 |
| 1 | FIRST ATLANTIC FCU | Unsecured Creditors | $1,334.32 | $0.00 | $1,334.32 |
| 2 | WELLS FARGO OPERATIONS CENTER<br>»»  P/43 WATSON PL/2ND MTG/CRAM | Unsecured Creditors | $62,179.26 | $0.00 | $62,179.26 |
| 3 | US ROF IV LEGAL TITLE 2015-1 BY US BANK NAT'L<br>»»  P/43 WATSON PL/1ST MTG | Mortgage Arrears | $83,532.04 | $0.00 | $83,532.04 |

**Chapter 13 Case No. 17-19462 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/20/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,891.00 | Plan Balance: | $10,017.00 ** |
| Paid to Claims: | $1,750.00 | Current Monthly Payment: | $371.00 |
| Paid to Trustee: | $182.76 | Arrearages: | ($1,120.00) |
| Funds on Hand: | $958.24 | Total Plan Base: | $12,908.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**