**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**In RE:**                                                      **Case No.**  17-19462
    DAVID M. ELLIS                              **Claim No.**  2

          Debtor(s)

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address, pertaining to both NOTICES and PAYMENTS, listed in the above stated case be changed;

**<u>Address where Notices to the creditor be sent:</u>**

FROM:                                                          TO:

Wells Fargo Bank, N.A.                                        Wells Fargo Bank, N.A.

Home Equity Group                                            Default Document Processing

1 Home Campus X2303-01A                                      N9286-01Y, 1000 Blue Gentian Road

Des Moines, IA 50328                                          Eagan, MN 55121-7700

**<u>Address where Payment to the creditor be sent:</u>**

FROM:                                                          TO:

Wells Fargo Operations Center                                Wells Fargo Bank, N.A.

P.O. Box 31557  B6955-01B                                    Attention: Payment Processing

Billings, MT  59107                                          MAC# X2302-04C, 1 Home Campus

                                                             Des Moines IA 50328

Dated: <u>03/08/2018</u>                                       <u>/s/ Dipika Parmar</u>

                                           Creditor's Authorized Agent for Wells Fargo Bank, N.A.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing address change document was served via the Bankruptcy Court's electronic filing and notice system on or about the time the address change was filed, to all parties below that are registered to receive electronic notification in the above captioned bankruptcy case.

Case Information

| Debtor(s) DAVID M. ELLIS | | | |
|---|---|---|---|
| Street 43 WATSON PLACE | City EATONTOWN | State NJ | Zip 07724 |
| Case Number 17-19462 | Court New Jersey | Chapter 13 | |

**Trustee:**
ALBERT RUSSO
CN 4853
TRENTON, NJ 08650

**Debtor/Attorney for Debtor:**
EUGENE D ROTH
VALLEY PK EAST
2520 HWY 35 SUITE 307
MANASQUAN, NJ 08736

By: /s/ Dipika Parmar
Dipika Parmar
P.O. Box 201347
Arlington, TX 76006