Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−19462−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David M. Ellis
   43 Watson Place
   Eatontown, NJ 07724

Social Security No.:
   xxx−xx−9277

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       9/18/19
Time:       12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Eugene D. Roth
Attorney to debtor

COMMISSION OR FEES
fee: $3,100.00

EXPENSES
−0−

If this is a chapter 13 case, the fees and expenses awarded:

   ☐   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 22, 2019
JAN:

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:
David M. Ellis
    Debtor

Case No. 17-19462-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Aug 22, 2019
                    Form ID: 137    Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.
```
db             +David M. Ellis,    43 Watson Place,    Eatontown, NJ 07724-1635
lm            #+Fay Servicing LLC,    3000 Kellway Drive,    Suite 150,    Carorollton, TX 75006-3357
cr             +Selene Finance, LP,    Friedman Vartolo, LLP,    1325 Franklin Avenue,    Suite 230,
                 Garden City, NY 11530-1631
cr             +U.S. Bank, N.A.,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL  33487,    UNITED STATES 33487-2853
cr             +U.S. ROF IV Legal title trust 2015-1,    Robertson Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,    Boca Raton,, FL  33487,    UNITED STATES 33487-2853
516814641      +Fay Servicing,    c/o Friedman Vartolo, LLP,    85 Broad Street,    Suite 501,
                 New York, NY 10004-1734
517087299     #+Fay Servicing, LLC,    3000 Kellway Drive,    Suite 150,    Carrollton, TX 75006-3357
516814642      +First Atlantic FCU,    468 Industrial Way W,    Eatontown, NJ 07724-2210
517577237      +Selene Finance LP,    P.O. Box 71243, Philadelphia, PA 19176,    Selene Finance LP,
                 P.O. Box 71243, Philadelphia, PA 19176-6243
517577236       Selene Finance LP,    P.O. Box 71243, Philadelphia, PA 19176
517089109      +U.S. ROF IV Legal Title Trust 2015-1,    By U.S. Bank National Assoc. as legal ti,
                 Fay Servicing, LLC,    3000 Kellway Dr. Ste. 150,    Carrollton, TX 75006-3357
516814643      +Un Ok Ellis,    43 Watson Place,    Eatontown, NJ 07724-1635
516814645      +Wells Fargo,    PO Box 10335,    Des Moines, IA 50306-0335
516928806       Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y, 1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 23 2019 00:24:13     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 23 2019 00:24:11     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                             TOTAL: 2
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Fay Servicing LLC
516814644*     +Un Ok Ellis,    43 Watson Place,    Eatontown, NJ 07724-1635
                                                                                    TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2019 at the address(es) listed below:
```
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   U.S. ROF IV LEGAL TITLE TRUST 2015-1, BY U.S. BANK
               NATIONAL ASSOCIATION AS LEGAL TRUSTEE dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eugene D. Roth    on behalf of Debtor David M. Ellis erothesq@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor   Selene Finance, LP bankruptcy@friedmanvartolo.com
              Kevin Gordon McDonald    on behalf of Creditor   Fay Servicing LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor   U.S. ROF IV Legal title trust 2015-1
               bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 22, 2019
                              Form ID: 137             Total Noticed: 16

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Laura M. Egerman    on behalf of Creditor    U.S. Bank, N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. ROF IV LEGAL TITLE TRUST 2015-1, BY U.S. BANK
               NATIONAL ASSOCIATION AS LEGAL TRUSTEE rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```