Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–19462–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David M. Ellis
   43 Watson Place
   Eatontown, NJ 07724

Social Security No.:
   xxx–xx–9277

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 11, 2018.

On August 21, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:           October 2, 2019
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 28, 2019
JAN: llb

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-19462-CMG
David M. Ellis                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2             Date Rcvd: Aug 28, 2019
                              Form ID: 185             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2019.
```
db            +David M. Ellis,    43 Watson Place,    Eatontown, NJ 07724-1635
lm           #+Fay Servicing LLC,    3000 Kellway Drive,    Suite 150,    Carorollton, TX 75006-3357
cr            +Selene Finance, LP,    Friedman Vartolo, LLP,    1325 Franklin Avenue,    Suite 230,
                Garden City, NY 11530-1631
cr            +U.S. Bank, N.A.,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL  33487,    UNITED STATES 33487-2853
cr            +U.S. ROF IV Legal title trust 2015-1,    Robertson Anschutz & Schneid, P.L.,
                6409 Congress Ave., Suite 100,    Boca Raton,, FL  33487,    UNITED STATES 33487-2853
516814641     +Fay Servicing,    c/o Friedman Vartolo, LLP,    85 Broad Street,    Suite 501,
                New York, NY 10004-1734
517087299    #+Fay Servicing, LLC,    3000 Kellway Drive,    Suite 150,    Carrollton, TX 75006-3357
516814642     +First Atlantic FCU,    468 Industrial Way W,    Eatontown, NJ 07724-2210
517577237     +Selene Finance LP,    P.O. Box 71243, Philadelphia, PA 19176,    Selene Finance LP,
                P.O. Box 71243, Philadelphia, PA 19176-6243
517577236      Selene Finance LP,    P.O. Box 71243, Philadelphia, PA 19176
517089109     +U.S. ROF IV Legal Title Trust 2015-1,    By U.S. Bank National Assoc. as legal ti,
                Fay Servicing, LLC,    3000 Kellway Dr. Ste. 150,    Carrollton, TX 75006-3357
516814643     +Un Ok Ellis,    43 Watson Place,    Eatontown, NJ 07724-1635
516814645     +Wells Fargo,    PO Box 10335,    Des Moines, IA 50306-0335
516928806      Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y, 1000 Blue Gentian Road,
                Eagan, MN 55121-7700
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2019 23:48:35     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2019 23:48:32     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
                                                                                               TOTAL: 2
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Fay Servicing LLC
516814644*     +Un Ok Ellis,    43 Watson Place,    Eatontown, NJ 07724-1635
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2019 at the address(es) listed below:
```
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   U.S. ROF IV LEGAL TITLE TRUST 2015-1, BY U.S. BANK
               NATIONAL ASSOCIATION AS LEGAL TRUSTEE dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eugene D. Roth    on behalf of Debtor David M. Ellis erothesq@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor   Selene Finance, LP bankruptcy@friedmanvartolo.com
              Kevin Gordon McDonald    on behalf of Creditor   Fay Servicing LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor   U.S. ROF IV Legal title trust 2015-1
               bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 28, 2019
                              Form ID: 185             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Laura M. Egerman    on behalf of Creditor    U.S. Bank, N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. ROF IV LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION AS LEGAL TRUSTEE rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                                TOTAL: 10