UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

EUGENE D. ROTH, ESQ.-4239
VALLEY PARK EAST
2520 HIGHWAY 35, SUITE 307
MANASQUAN, NEW JERSEY 08736
(732) 292-9288
Attorney for Debtor

Order Filed on September 20, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DAVID M. ELLIS,

Debtor

Case No.:    17-19462

Chapter:    13

Judge:    CMG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 20, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Eugene D. Roth_____, the applicant, is allowed a fee of $ _____3,100.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____3,100.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____716.00_____ per month for _____9_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-19462-CMG
David M. Ellis                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Sep 20, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2019.
db             +David M. Ellis,    43 Watson Place,    Eatontown, NJ 07724-1635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2019 at the address(es) listed below:
      Albert    Russo    docs@russotrustee.com
      Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    U.S. ROF IV LEGAL TITLE TRUST 2015-1, BY U.S. BANK
       NATIONAL ASSOCIATION AS LEGAL TRUSTEE dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Eugene D. Roth    on behalf of Debtor David M. Ellis erothesq@gmail.com
      Jonathan C. Schwalb    on behalf of Creditor    Selene Finance, LP bankruptcy@friedmanvartolo.com
      Kevin Gordon McDonald    on behalf of Creditor    Fay Servicing LLC kmcdonald@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Laura M. Egerman    on behalf of Creditor    U.S. Bank, N.A. bkyecf@rasflaw.com,
       bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman    on behalf of Creditor    U.S. ROF IV Legal title trust 2015-1
       bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
      Rebecca Ann Solarz    on behalf of Creditor    U.S. ROF IV LEGAL TITLE TRUST 2015-1, BY U.S. BANK
       NATIONAL ASSOCIATION AS LEGAL TRUSTEE rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 10